Law Office of Keith J. Staten & Associates
KEITH J. STATEN, Esq.
State Bar Number 164164
1023 H Street, Suite A
Sacramento, CA 95814
Phone: 916.443.5600
Fax: 916.443.5655

Attorney for ZHIQIANG LIU

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>ZHIQIANG LIU, et al.,<br><br>     Defendants. | No.: 2:13-cr-00050-KJM<br><br>STIPULATION AND ORDER TO EXTEND THE SURRENDER DATE OF ZHIQIANG LIU, EXHIBIT-A |

## BACKGROUND AND FACTS

Counsel for defendant Zhiqiang Liu, Keith J. Staten, hereby respectfully asks the court to modify and extend Mr. Liu's self-surrender date from May 20, 2016, to July 14, 2016.

Mr. Liu recently experienced a problem with his urinary tract and saw a urologist at Kaiser Hospital.  He was complaining of pain when he urinates and the frequency of urination was increasing.  It took almost two months to schedule the cystoscopy procedure which is an examination of the urinary tract with a camera to further diagnose any issues that are present. The appointment has been set for June 16, 2016 at Kaiser Hospital in Oakland Ca.  Please see Exhibit A attached which shows his appointment on May 2 whereby the need for the exam arose and the scheduled appointment for the procedure which is on for June 16, 2016.  Mr. Liu does not anticipate the need to request a further extension of the date as he fully intends to attend the date planned for the procedure.

Counsel for the government, Christiaan Highsmith, has been notified of this request and has no objection to this request but does object to any subsequent request after this if one is made. As counsel for Mr. Liu I have no intent to make a further request to extend his turn in date.

Dated: May 16, 2016           /s/ Keith J. Staten
                              KEITH J STATEN, Attorney for
                              Zhiqiang Liu

I hereby stipulate and agree to the above request.

Dated: May 16, 2016             /s/ Christiaan Highsmith
                              CHRISTIAAN HIGHSMITH, AUSA

**ORDER**

IT IS FOUND AND ORDERED this 18th day of May, 2016, that the surrender date for Zhiqiang Liu be extended from May 20, 2016, to July 14, 2016.

Dated: May 18, 2016

_____
UNITED STATES DISTRICT JUDGE