UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-cr-0050-KJM |
| Plaintiff, | |
| v. | ORDER |
| ZHIQIANG LIU | |
| Defendant. | |

On March 23, 2016, defendant Zhiqiang Liu, represented by attorney Keith Staten, was sentenced to a term of imprisonment, and judgment was entered on March 25, 2016.  (ECF Nos. 237, 239.)  Thereafter, on December 23, 2016, defendant himself, and apparently without the assistance of counsel, filed a motion for release of a property bond.  (ECF No. 258.)[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Within 14 days, defendant's counsel, Keith Staten, shall file a response setting forth counsel's position with respect to the pending motion.
2. Within 21 days, the United States shall file its response to the pending motion.

IT IS SO ORDERED.

Dated: January 4, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] That motion was referred to the undersigned in his capacity as the assigned "duty judge."

1