UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-cr-0050-KJM |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| ZHIQIANG LIU | |
| Defendant. | |

   On March 23, 2016, defendant Zhiqiang Liu, represented by attorney Keith Staten, was sentenced to a term of imprisonment, and judgment was entered on March 25, 2016. (ECF Nos. 237, 239.) Thereafter, on December 23, 2016, defendant himself, and apparently without the assistance of counsel, filed a motion for release of a property bond. (ECF No. 258.)[1] Consequently, on January 4, 2017, the court issued an order directing defendant's counsel and the United States to file responses to defendant's motion. (ECF No. 259.)

   On January 9, 2017, defendant's counsel filed a response recommending that the court grant defendant's motion. (ECF No. 260.) As defendant's counsel explains, the bond was posted pending the outcome of defendant's case; defendant appeared and was ultimately sentenced; defendant is now incarcerated pursuant to that sentence; and there is no longer any risk of his

---

[1] That motion was referred to the undersigned in his capacity as the assigned "duty judge."

nonappearance. (Id.) Thereafter, on January 26, 2017, the United States also filed a notice of non-opposition to defendant's motion. (ECF No. 261.)

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion for release of property bond (ECF No. 258) is GRANTED.
2. The property bond is DISCHARGED and the property posted for the bond located at 18420 Magee Way, Castro Valley, California is RELEASED.

IT IS SO ORDERED.

Dated: January 30, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE