UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Kimberly J. Mueller<br>United States District Judge<br>Sacramento, California | **RE:  Zhiqiang Liu**<br>**Docket Number:  0972 2:13CR00050-001**<br><u>**PERMISSION TO TRAVEL**</u><br><u>**OUTSIDE THE COUNTRY**</u> |

Your Honor:

Zhiqiang Liu is requesting permission to travel to Gaungzhou City, China, to visit family. Zhiqiang Liu is being supervised in the Northern District of California and is current with all supervision obligations. The probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On March 23, 2016, Zhiqiang Liu was sentenced for the offense of 21 U.S.C. § 841 (a)(1) - Manufacture of at Least 50 Marijuana Plants.

**Sentence Imposed:**  36 months imprisonment followed by 36 months supervised release.

**Dates and Mode of Travel:**  March 28 - April 23, 2019, by airplane.

**Purpose:**  Zhiqiang Liu is requesting permission to visit his family.

**RE:  Zhiqiang Liu
Docket Number:  0972 2:13CR00050-001
<u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,

Miriam Olea
United States Probation Officer

Dated:   March 14, 2019
Sacramento, California
MO/tau

**REVIEWED BY:**

**Ronnie Preap
Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

March 19, 2019
**Date**

UNITED STATES DISTRICT JUDGE